| | |
|---|---|
| 1 | TIMOTHY COURCHAINE<br>United States Attorney |
| 2 | District of Arizona |
| 3 | W. VINNIE LICHVAR<br>Assistant United States Attorney |
| 4 | Arizona State Bar No. 028112<br>Two Renaissance Square |
| 5 | 40 N. Central Ave., Suite 1800<br>Phoenix, Arizona 85004 |
| 6 | Telephone: 602-514-7500<br>Email: vinnie.lichvar@usdoj.gov |
| 7 | Attorneys for Plaintiff |

```
☐ FILED      ☐ LODGED
☐ RECEIVED   ☐ COPY

   MAY 0 6 2025

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States of America, | No. **CR-25-08067-PCT-DGC (ASB)** |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 1153 and 1111<br>(CIR – Second Degree Murder) |
| Heber Herman Samm, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

Between on or about April 1, 2025, and on or about April 18, 2025, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, HEBER HERMAN SAMM, an Indian, with malice aforethought, did unlawfully kill C.S.

In violation of Title 18, United States Code, Sections 1153 and 1111.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: May 6, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/
W. VINNIE LICHVAR
Assistant U.S. Attorney