TIMOTHY COURCHAINE
United States Attorney
District of Arizona
W. VINNIE LICHVAR
Arizona State Bar No. 028112
Email: vinnie.lichvar@usdoj.gov
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br> vs.<br><br> Heber Samm,<br><br>  Defendant. | No. CR-25-08067-001-PCT-DGC<br><br>**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR HEARING TO DETERMINE COMPENTECY** |

The United States does not oppose the Defendant's request for a hearing to determine his mental competency.

Respectfully submitted this 5th day of January, 2026.

TIMOTHY COURCHAINE<br>
United States Attorney<br>
District of Arizona<br><br>
<i>s/   W. Vinnie Lichvar</i><br>
W. VINNIE LICHVAR<br>
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document along with the Order, to the Clerk's Office using the CM/ECF System for filing, e-mailed to non-registrant, and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kevin L. Burns, *Attorney for the Defendant*

*s/ Lynne Hughes*
Lynne Hughes
U.S. Attorney's Office